**FILED**

OCT 1 2 2017

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK



United States District Court
Eastern District of North Carolina
Western Division

Case No. 5:17-CT-3238-FL
(To be filled out by Clerk's Office only)

Quentin Freeman

_(In the space above enter the full name(s) of the plaintiff(s).)_

Inmate Number 1398952

-against-

Officer Coley

**COMPLAINT**
(*Pro Se* Prisoner)

Jury Demand?
☒ Yes
☐ No

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)_

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (federal defendants)

## II. PLAINTIFF INFORMATION

Quentin Freeman
Name

1398952
Prisoner ID #

Maury Correctional Institution
Place of Detention

831 W. Morgan Street / 2568 Moore Rouse Rd.
Institutional Address

Hookerton / NC / 28554
City / State / Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee  ☐ State  ☐ Federal
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: C.O Coley
Name

Prison Officer
Current Job Title

2568 Moore Pouse Rd.
Current Work Address

Hookerton     NC     28554
City     State     Zip Code

Capacity in which being sued: ☒ Individual ☒ Official ☒ Both

Defendant 2: _____
Name

Current Job Title

Current Work Address

City     State     Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

**Defendant(s) Continued**

Defendant 3: _____
　　　　　　　Name

_____
Current Job Title

_____
Current Work Address

_____
City　　　　　　　State　　　　　　Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Defendant 4: _____
　　　　　　　Name

_____
Current Job Title

_____
Current Work Address

_____
City　　　　　　　State　　　　　　Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Maury Correctional Institution

Date(s) of occurrence: 8-13-17

State which of your federal constitutional or federal statutory rights have been violated:

8th Amendment Cruel and Unusual Punishment / Excessive Use of force

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> Who did what to you?

On 8-13-17, I was being escorted into Grey Unit Holding cage earlier by Captain Hudson on stantsuff, Officer Coley and Lt. Wheeler. As I was still in handcuffs and turning around Officer Coley Pushed me. And I then moved his hand off my face. Captain Hudson "stated" standing Between me and Officer Coley "Let him go Coley, Let him go Coley, I got Him". Coley placed his hands around my throat and began to choke me and push my head into the wall into the back of the cage reaching over Captain Hudson. Captain Hudson repeatedly told Officer Coley to stop and let me go he had me under control. But Coley would not stop until someone pulled him loose and pushed him away. I have several inmate witnesses who where in the Holding cell Area at the time as well as Video footage. Bruises on my neck & Back Which pictures where taken. Medical Record will show that I was assaulted by Officer Coley who used force that wasn't needed.

**What happened to you?**
I got Violated. A hand to my face at first. Then got choked and had my head being pushed to the wall by Officer Coley.

**When did it happen to you?**
On 8-13-17 Inmates was being escorted out the block onto Holding cages when the Incident occurred.

**Where did it happen to you?**
On Grey Unit In the Hallway holding cage.

**What was your injury?**

Bruises on my Back and Neck where pictures where taken by captain Hudson in front of nurse underwood. Alread have panic attacks the Incident pops In my head at times and It scare me

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☒ Yes   ☐ No
    If no, explain why not:

_____
_____
_____
_____
_____
_____

Is the grievance process completed?   ☒ Yes   ☐ No
    If no, explain why not:

_____
_____
_____
_____
_____

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Plaintiff seeks Monetary Damage due to assault from Maury Correction Staff.

| | |
|---|---|
| Punitive | 10,000 |
| Compensatory | 10,000 |
| Nominal | 10,000 |
| Pain and Suffering | 10,000 |
| Excessive force | 10,000 |

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☒ Yes ☐ No

If yes, how many? 1 and 1 Pending

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Freeman vs Mc Clainrock - Dismissed - Federal

Quentin D. Freeman V. NC Department of Public Safety I.C. File No. TA-25091 AG File No. 15-01752 - State-Pending

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

10-2-17
Dated

Plaintiff's Signature

Quentin Freeman
Printed Name

1398952
Prison Identification #

2568 Moore Rouse Rd.   Hookerton   NC   28554
Prison Address        City        State  Zip Code